**Electronically Filed
Supreme Court
SCWC-15-0000005
22-JUN-2016
12:27 PM**

SCWC-15-0000005

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

BANK OF AMERICA, N.A., Successor by Merger to BAC HOME LOANS
SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,
Respondent/Plaintiff-Appellee,

vs.

GRISEL REYES-TOLEDO,
Petitioner/Defendant-Appellant,

and

WAI KALOI AT MAKAKILO COMMUNITY ASSOCIATION;
MAKAKILO COMMUNITY ASSOCIATION; and
PALEHUA COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000005; CIVIL NO. 12-1-0668)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ.,
and Circuit Court Judge Garibaldi,
in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant's Application for Writ of Certiorari, filed on May 6, 2016, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 22, 2016.

R. Steven Geshell
for petitioner

Jade Lynne Ching,
J. Blaine Rogers and
Kee M. Campbell
for respondents

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Colette Y. Garibaldi

